UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 4:94-224(DSD)

United States of America,

        Plaintiff,

                                  **ORDER**

v.

Paul Payen,

        Defendant.

This matter is before the court upon defendant Paul Payen's renewed motion for release hearing pursuant to 18 U.S.C. § 4247(h). Counsel for Payen plans to hire an independent expert to assess whether Payen should be discharged from FMC Rochester. Once that assessment is completed, which could take several months, Payen requests that a hearing be held to allow the court to evaluate the evidence relating to Payen's requested release. The government opposes Payen's release but believes it would be best to postpone a decision as to whether a hearing is warranted pending the independent evaluation. The court agrees with the government.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The motion [ECF No. 67] is denied without prejudice; and

2. Defendant may again renew his motion for a hearing under 18 U.S.C. § 4247(h) once the independent evaluation is completed.

Dated: January 2, 2025                s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court